STEPHANIE M. HINDS (CABN 154284)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
ELIZABETH KURLAN (CABN 255869)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7298
    FAX: (415) 436-6748
    Elizabeth.Kurlan@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PAVEL DAVLITSHIN,<br><br>            Plaintiff,<br><br>      v.<br><br>UNITED STATES DEPARMTENT OF HOMELAND SECURITY, *et al.*,<br><br>            Defendants. | C 3:21-cv-09462 JCS<br><br>**STIPULATION TO STAY PROCEEDINGS; [PROPOSED] ORDER** |

    The parties, through their undersigned attorneys, hereby stipulate and respectfully request the Court to stay proceedings in this case for a limited time, until April 26, 2022. The parties make this joint request because they are pursuing an administrative resolution that may render further litigation of this case unnecessary.

    Plaintiff filed this mandamus action seeking adjudication of his Form I-485, Application to Register Permanent Residence or Adjust Status. United States Citizenship and Immigration Services will issue an interview notice to the Plaintiff within 30 days, for an interview to take place within 60 days.

    Accordingly, the parties stipulate and request that the proceedings in this case be stayed until April 26, 2022, at which time the parties will file a joint status report with the Court. At that time, the

Stip to Stay Proceedings
C 3:21-09462 JCS

parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution. In accordance with Civil Local Rule 5(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Dated: February 14, 2022                    Respectfully submitted,

                                            STEPHANIE M. HINDS
                                            United States Attorney

                                             /s/ Elizabeth D. Kurlan
                                            ELIZABETH D. KURLAN
                                            Assistant United States Attorney
                                            Attorneys for Defendants

Dated:  February 11, 2022

                                             /s/ Angela D. Warren
                                            ANGELA D. WARREN
                                            Warren Law Firm, P.C.

                                            SUSAN J. COFANO
                                            Law Offices of Susan J. Cofano

                                            Attorneys for Plaintiff

## [PROPOSED] ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date: February 15, 2022

                                            _____
                                            JOSEPH C. SPERO
                                            United States Chief Magistrate Judge

Stip to Stay Proceedings
C 3:21-09462 JCS